

# Fourth Court of Appeals
## San Antonio, Texas

August 7, 2020

No. 04-19-00764-CV

Nancy **ALANIS**
Appellant

v.

**WELLS FARGO BANK NATIONAL ASSOCIATION** as Trustee for the Pooling and
Servicing Agreement Dated as of October 1, 2006 Securitized Asset Backed Receivables LLC
Trust 2006-NC3 Mortgages Pass Through Certificates, Series 2006 NC3, Mackie Wolf Zientz &
Mann, PC, and Ocwen Loan Servicing, LLC.,
Appellees

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-03042
Honorable John D. Gabriel, Jr., Judge Presiding

# O R D E R

Sitting:  Sandee Bryan Marion, Chief Justice
    Rebeca C. Martinez, Justice
    Irene Rios, Justice

   Appellant's motion for rehearing was due on or before July 13, 2020. Appellant's pro se
motion for rehearing was untimely filed. Nevertheless, the panel has considered the merits of
Appellant's motion for rehearing. The motion is DENIED.

_____
Rebeca C. Martinez, Justice

   IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said
court on this 7th day of August, 2020.



MICHAEL A. CRUZ,
Clerk of Court